ACCEPTED
15-25-00147-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 3:55 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00147-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 3:55:16 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

**CHARLES WAGNER,**
*Plaintiff-Appellant*,

v.

**LAMAR UNIVERSITY, LAMAR UNIVERSITY POLICE DEPARTMENT, and HECTOR FLORES,**
*Defendants-Appellees.*

On Appeal from the 136th Judicial District Court of Jefferson County, Texas

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellees Lamar University, Lamar University Police Department, and Hector Flores request a 45-day extension of time for filing their appellee brief in this appeal.

1. The deadline for the appellee brief in this case is currently December 10, 2025.

- 1 -

2.     Appellees request a 45-day extension of time for filing their appellee brief, which would make the effective deadline January 26, 2026 (since 45-days would fall on a Saturday).

3.     A motion to extend the time to file a brief may be filed on or after the date a brief is due. *See* TEX. R. APP. P. 38.6(d). Pursuant to Texas Rule of Appellate Procedure 10.5(b)(1), such motion must contain "(A) the deadline for filing the item in question; (B) the length of the extension sought; (C) the facts relied on to reasonably explain the need for an extension; and (D) the number of previous extensions granted regarding the item in question."

4.     Good cause exists for allowing Appellees an extension of time to file its opening brief. Appellees' lead counsel is out of the office on paternity leave. Appellees' other briefing counsel, the undersigned attorney, contracted COVID in mid-November and required time to recuperate. In addition, the undersigned counsel has invested significant time preparing for federal jury trial scheduled to begin January 13, 2026, in the case *McPherson et al. v. Texas Department of Public Safety*, No. 1:20-cv-1223; in the U.S. District Court for the Western District of Texas.

5.     This is Appellees' first request for an extension in this case. This request is sought, not for purposes of delay, but so that proper briefing of this case may be presented to the Court and so that justice may be done.

6.     On December 8, 2025, the undersigned counsel conferred with counsel for Appellant, who stated that he is unopposed to the requested extension.

Date: December 8, 2025                    Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Drew L. Harris*
JOSEPH KEENEY
Texas Bar No. 24092616
DREW L. HARRIS
Texas Bar No. 24057887
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 737-228-8812
Fax: 512-320-0667
Joseph.Keeney@oag.texas.gov

Drew.Harris@oag.texas.gov
*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

I certify that on December 8, 2025, I conferred by email with Brandon Monk, counsel for Appellant, who stated that he is unopposed to the requested 45-day extension.

*/s/ Drew L. Harris*
**DREW L. HARRIS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically and that notice of this filing will be sent to the following persons through File & Serve Texas's electronic filing system on **December 8, 2025**:

Brandon P. Monk
The Monk Law Firm
4875 Parker Drive
Beaumont, Texas 77705
Phone: (409) 724-6665
brandon@themonklawfirm.com

Larry Watts
P.O. Box 2214
Missouri City, Texas 77459
Ph. (281) 431-1500
wattstrial@gmail.com
*Attorneys for Plaintiff*

*/s/ Drew L. Harris*
**DREW L. HARRIS**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thomas Ray on behalf of Drew Harris
Bar No. 24057887
thomas.ray@oag.texas.gov
Envelope ID: 108850689
Filing Code Description: Motion
Filing Description: Appellees' Unopposed Motion for Extension of Time to File Appellee Brief
Status as of 12/8/2025 4:40 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Harris | 24057887 | Drew.Harris@oag.texas.gov | 12/8/2025 3:55:16 PM | SENT |
| Joseph Keeney | 24092616 | joseph.keeney@oag.texas.gov | 12/8/2025 3:55:16 PM | SENT |
| Thomas Ray | | thomas.ray@oag.texas.gov | 12/8/2025 3:55:16 PM | SENT |
| Larry Watts | | wattstrial@gmail.com | 12/8/2025 3:55:16 PM | SENT |
| Brandon P.Monk | | brandon@themonklawfirm.com | 12/8/2025 3:55:16 PM | SENT |
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 12/8/2025 3:55:16 PM | SENT |

Associated Case Party: CharlesWagner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Heather Johnson | | heather@themonklawfirm.com | 12/8/2025 3:55:16 PM | SENT |